**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JACOBY A. M. DUBOSE,**<br><br>     **Plaintiff,**<br><br>     **v.**<br><br>**CAPITAL ONE, et al.,**<br><br>     **Defendants.** | CIVIL ACTION NO. 1:08-cv-01620-RWR |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Jacoby A. M. Dubose ("Plaintiff") hereby stipulates and agrees that all claims Plaintiff asserts against Defendant Equifax Information Services LLC ("Equifax"), are dismissed, in their entirety, with prejudice, each side to bear its own costs and attorney's fees.

Dated: November 10, 2008

/s/ Jacoby A.M. DuBose (w/ permission)
Jacoby A.M. DuBose, Pro Se
7209 13th Place
Takoma Park, MD 20912
Telephone:    (202) 246-3843

*Plaintiff Pro Se*

/s/ Brian Meiners
Brian Meiners  (D.C. Bar No. 482039)
KING & SPALDING LLP
1700 Pennsylvania Ave NW
Washington, D.C. 20006-2706
Telephone:    (202) 626-2910
Facsimile:    (202) 626-3737
E-mail:  bmeiners@kslaw.com

*Counsel for Defendant
Equifax Information Services LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, a copy of the foregoing Stipulation of Dismissal with Prejudice was filed and served by mail on anyone unable to accept electronic filing to the following:

Jacoby A.M. DuBose, Pro Se
7209 13th Place
Takoma Park, MD 20912

Dated: November 10, 2008

/s/ Brian Meiners