UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACOBY A. M. DUBOSE, )<br>  )<br>            Plaintiff, )<br>  )<br>   v. )<br>  )<br>CAPITAL ONE, *et al.*, )<br>  )<br>            Defendants. )<br>  ) | Civil Action No. 1:08-1620 (RWR) |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT**
**<u>EXPERIAN INFORMATION SOLUTIONS, INC.</u>**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff, Jacoby A. M. DuBose ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") hereby stipulate and agree that all claims Plaintiff asserts against Experian are dismissed, in their entirety, with prejudice, each party to bear their own fees or other costs.  As such, Plaintiff and Experian request that the Court DISMISS WITH PREJUDICE all claims against Experian and dismiss Experian as a party to the above-captioned case.

This Court shall retain jurisdiction to enforce the terms of the settlement agreement.

Dated: February 19, 2009

By:  /s/ Jacoby A. M. DuBose (w/permission)
     Jacoby A. M. DuBose
     88 Michaels Woods Drive
     Hampton, VA 23666

     Telephone:  (202) 246-3843

     Plaintiff, *Pro se*

By:  /s/ Tashena Middleton Moore
     Tashena Middleton Moore, 470477
     Jones Day
     51 Louisiana Avenue, N.W.
     Washington, DC 20001

     Telephone: (202) 879-3939
     Facsimile (202) 626-1700

     *Attorney for Defendant*
     *Experian Information Solutions, Inc.*

SO ORDERED:

_____   Date: _____
Judge, United States District Court for the
District of Columbia


COPIES TO:

**H. Mark Stichel**
Gohn, Hankey & Stichel LLP
201 N. Charles St., Ste 2102
Baltimore, MD 21201
Phone: (410) 752-1658
Fax: (410) 752-2519

**Timothy P. Creech** (*pro hac vice*)
Kogan Trichon & Wertheimer, P.C.
1818 Market St., 30th FL
Philadelphia, PA 19103
Phone: (215) 575-7618
Fax: (215) 575-7688

*Counsel for Defendant Trans Union, LLC*

**Jacoby A.M. DuBose**
88 Michaels Woods Dr.
Hampton, VA 23666
Phone: (202) 246-3843
Plaintiff, *pro se*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February, 2009, a true and accurate copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** was served upon the following:

<u>Via the Court's CM/ECF system:</u>

**H. Mark Stichel**
Gohn, Hankey & Stichel LLP
201 N. Charles St., Ste 2102
Baltimore, MD 21201
Phone: (410) 752-1658
Fax: (410) 752-2519

**Timothy P. Creech** (*pro hac vice*)
Kogan Trichon & Wertheimer, P.C.
1818 Market St., 30th FL
Philadelphia, PA 19103
Phone: (215) 575-7618
Fax: (215) 575-7688

*Counsel for Defendant Trans Union, LLC*

<u>Via First Class U.S. Mail, Postage Prepaid:</u>

**Jacoby A.M. DuBose**
88 Michaels Woods Drive
Hampton, VA 23666
Phone: (202) 246-3843

*Plaintiff, pro se*

                                                    <u>/s/ Tashena Middleton Moore</u>