```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
                                    )
**JACOBY A.M. DUBOSE,**             )
                                    )
      **Plaintiff,**     )
                                    )
      v.                )    Civil Action No. 08-1620 (RWR)
                                    )
**CAPITAL ONE, et al.,**            )
                                    )
      **Defendants.**    )
_____ )

### ORDER TO SHOW CAUSE

On December 2, 2008, plaintiff appeared for an initial scheduling conference at which a post-discovery status conference was scheduled for April 3, 2009 at 11:30 a.m. On April 3, 2009, plaintiff did not appear for the post-discovery status conference. Therefore, it is hereby

**ORDERED** that plaintiff show cause in writing by April 13, 2009 why this case should not be dismissed for plaintiff's failure to prosecute. Plaintiff's failure to comply timely with this Order may result in this case being dismissed. The Clerk is directed to mail a copy of this Order to the plaintiff at his address of record and to the following address: 88 Michaels Woods Drive, Hampton, VA 23666.

SIGNED this 3rd day of April, 2009.

```
                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge
```