**UNITED STATES DISTRICT COURT**
                    **FOR THE DISTRICT OF COLUMBIA**

_____
                                    )
**JACOBY A.M. DUBOSE,**             )
                                    )
      Plaintiff,            )
                                    )
      v.                    )   Civil Action No. 08-1620 (RWR)
                                    )
**CAPITAL ONE, et al.,**            )
                                    )
      Defendants.           )
_____ )

### ORDER

On April 3, 2009, plaintiff did not appear for the post-discovery status conference and plaintiff was ordered to show cause by April 13, 2009 why the case should not be dismissed for failure to prosecute.  The Order to Show Cause was mailed to plaintiff at his address of record and to the following address: 88 Michaels Woods Drive, Hampton, VA 23666.  No response was received from plaintiff.

Under Local Civil Rule 83.23, "[a] dismissal for failure to prosecute may be ordered by the Court . . . upon the Court's own motion."  Because plaintiff has failed to show cause why the case should not be dismissed for failure to prosecute, it is hereby

ORDERED that the complaint be, and hereby is, DISMISSED without prejudice.  The Clerk is directed to mail a copy of this Order to the plaintiff at his address of record and to the following address: 88 Michaels Woods Drive, Hampton, VA 23666.

This is a final, appealable Order.

- 2 -

SIGNED this 14th day of April, 2009.

                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge